

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KIMBERLY DAWN FONTENOT, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | NO. 4:18-CV-673-A |
| | § | |
| WARDEN JODY R. UPTON, ET AL, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT TARRANT COUNTY HOSPITAL DISTRICT D/B/A JPS HEALTH NETWORK'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE JOHN McBRYDE:

Pursuant to Rule 7.4, Local Rules of the District Courts for the Northern District of Texas, the undersigned counsel, on behalf of Defendant Tarrant County Hospital District d/b/a JPS Health Network, hereby certifies that the following are or may be interested persons for purposes of this proceeding:

1. Kimberly Dawn Fontenot;

2. Warden Jody R. Upton;

3. Dr. Janet Shackelford;

4. Bureau of Prison, South Central Regional Office;

5. Regional Counsel Jason Sickler;

6. Nurse Practitioner Arly Surpris;

7. Dr. Inzune Hwang;

8. JPS Health Network; and

9. Tarrant County Hospital District d/b/a JPS Health Network

Defendant Tarrant County Hospital District d/b/a
JPS Health Network's Certificate of Interested Persons
Civil No. 4:18-CV-00673-A                                                                 Page 1

Respectfully submitted,

_____
**ROEL J. "JOEY" FABELA**
Assistant Criminal District Attorney
State Bar No. 24069691

SHAREN WILSON
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

1350 S. Main Street, Suite 1350
Fort Worth, Texas 76104
817-321-4841 - Telephone
817-850-2327 – Facsimile
E-Mail: rjfabela@tarrantcountytx.gov

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document was served upon all parties to this suit in accordance with the provisions of Rule 5, FED. R. CIV. P., on March 20, 2019:

| | |
|---|---|
| Kimberly Dawn Fontenot<br>2106 Meadow Parkway North<br>League City, Texas 77573<br>Pro Se Plaintiff | *Via Certified Mai and E-mail*<br>kimberlyfontenot5@gmail.com |

_____
**ROEL J. "JOEY" FABELA**

Defendant Tarrant County Hospital District d/b/a
JPS Health Network's Certificate of Interested Persons
Civil No. 4:18-CV-00673-A                                                                                     Page 2